# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUNG LIAN, | : |
| Petitioner, | : |
| v. | : No.: 4:16-CV-1906 |
| WARDEN YORK COUNTY PRISON, ET AL., | : (Judge Brann) |
| Respondents. | : |

## ORDER

**AND NOW**, this 13th day of June 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The petition for writ of habeas corpus is **DISMISSED AS MOOT**.

2. Petitioner's motions for a bond determination hearing (Doc. 6) and to proceed *in forma pauperis* (Doc. 7) are **DISMISSED AS MOOT**.

3. The Clerk of Court is directed to **CLOSE** the case.

4. Based upon the Court's determination, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge